

**FILED**

OCT 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation. <br> _____ <br><br> EPIC GAMES, INC., a Maryland Corporation, <br><br>        Plaintiff - Appellee, <br><br>   v. <br><br> GOOGLE LLC; et al., <br><br>        Defendants - Appellants. | No. 24-6256 <br> D.C. No. 3:21-md-02981-JD <br> Northern District of California, San Francisco <br><br> ORDER |
| EPIC GAMES, INC., <br><br>        Plaintiff - Appellee, <br><br>   v. <br><br> GOOGLE LLC; et al., <br><br>        Defendants - Appellants. | No. 24-6274 <br> D.C. No. 3:20-cv-05671-JD <br> Northern District of California, San Francisco <br><br> ORDER |

Before: W. FLETCHER, BERZON, and RAWLINSON, Circuit Judges.

Appeal Nos. 24-6256 and 24-6274 are consolidated.

The emergency motion for a stay pending appeal (Docket Entry No. 6 in appeal No. 24-6256) is referred to the panel assigned to decide the merits of these appeals.

The court sua sponte expedites these consolidated appeals. The consolidated

opening brief is due November 27, 2024. The consolidated answering brief is due December 27, 2024. The optional consolidated reply brief is due within 21 days after service of the answering brief.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The Clerk will place these appeals on the calendar for February 2025. *See* 9th Cir. Gen. Order 3.3(g).