No. 24-6256, 24-6274, 25-303

# In the United States Court of Appeals for the Ninth Circuit

EPIC GAMES, INC.,
        *Plaintiff-Appellee,*

v.

GOOGLE LLC, *et al.*,
        *Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California
Nos. 3:20-cv-05671-JD; 3:21-md-02981-JD
Hon. James Donato

**AMICUS CURIAE
THE COMMITTEE FOR JUSTICE'S MOTION TO FILE REPLACEMENT
BRIEF IN SUPPORT OF MOTION TO STAY**

John M. Reeves
REEVES LAW LLC
7733 Forsyth Blvd.
Suite 1100-#1192
St. Louis, MO 63105
(314) 775-6985
reeves@appealsfirm.com
*Counsel for amicus curiae*
    *The Committee for Justice*

The Committee for Justice (CFJ) respectfully moves for leave to file a replacement brief to its amicus brief submitted to this Court on August 15, 2025 (Doc.216.2) on the following grounds:

CFJ filed its amicus brief, along with a motion for leave, on August 15, 2025. This Court subsequently granted the motion for leave. But through a clerical error, undersigned counsel mistakenly submitted an earlier draft of the amicus brief to this court that lacked a table of authorities and Section II of the Argument. In fact, undersigned counsel intended to submit the attached replacement brief as CFJ's amicus brief on August 15, 2025.

Undersigned counsel did not discover this mistake until August 25, 2025. On August 26, 2025, the clerk's office informed undersigned counsel that he would need to submit a motion to file a replacement brief and attach the replacement brief with the indication that the brief was being filed "with consent," since this Court had previously granted undersigned counsel's motion for leave to file an amicus brief. The attached replacement brief complies with that, however opposing counsel is still of the same position regarding the filing of any amicus

briefs as set forth in CFJ's previous motions for leave to file amicus briefs in this case.

Pursuant to 28 U.S.C. § 1746, undersigned counsel declares, under penalty of perjury under the laws of the United States of America, that the attached replacement brief to this motion is identical to the version he intended to file on August 15, 2025, except for the date of the certificate of service and that it is being filed with consent pursuant to the clerk's instructions, and that he has not in any other way added to or modified the replacement brief from what he intended to file on August 15, 2025.

Accordingly, CFJ prays this Court grant it leave to file the attached replacement brief.

Respectfully submitted,

/s/ John M. Reeves
John M. Reeves
REEVES LAW LLC
7733 Forsyth Blvd., Suite 1100–#1192
St. Louis, MO 63105
(314) 775-6985
reeves@appealsfirm.com
*Counsel for amicus curiae The Committee for Justice*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 26, 2025**, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John M. Reeves*

## CERTIFICATE OF COMPLIANCE

I certify that this brief contains **314** words, excluding those parts exempted by Fed. R. App. P. 32(f).

I further that certify this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) as it is written in proportionally-spaced, 14-point Century font using Microsoft Office Word 2016.

*/s/ John M. Reeves*